HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
JUAN CARLOS MARTINEZ CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-233 TLN |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE |
| vs. | ) ) | TIME |
| JUAN CARLOS MARTINEZ CASTRO, | ) ) | Date: February 27, 2020 Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Hon. Troy L. Nunley |
| | ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, U.S. Attorney McGregor Scott, through Assistant United States Attorney

Justin Lee, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant

Federal Defender Hannah Labaree, attorney for defendant Juan Carlos Martinez Castro, and

Christopher Cosca, attorney for defendant Shannon Jeffries, that the previously-scheduled status

conference date of February 27, 2020, be vacated and the matter be set for status conference on

April 2, 2020 at 9:30 a.m, at the defendants' request.

   On January 14, 2020, the government produced 28 pages of paper discovery. Per

communication with counsel for the government on February 20, 2020, additional discovery is

forthcoming, in the form of photographs, audio recordings, and additional law enforcement

reports. Counsel for the defendants will require time to review the new discovery, conduct

independent investigation, and meet with their clients to review the material. Defense counsel

believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including April 2, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  February 25, 2020  HEATHER E. WILLIAMS
  Federal Defender

  */s/ Hannah Labaree*
  HANNAH LABAREE
  Assistant Federal Defender
  Attorney for Defendant
  Juan Carlos Martinez Castro

Dated: February 25, 2020  /s/*Christopher Cosca*
  CHRISTOPHER COSCA
  Attorney for Defendant
  Shannon Jeffries

Dated: February 25, 2020  MCGREGOR SCOTT
  United States Attorney

  /s/*Justin Lee*
  JUSTIN LEE
  Assistant U.S. Attorney
  Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including April 2, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 27, 2020 status conference shall be continued until April 2, 2020, at 9:30 a.m.

Dated: February 25, 2020

Troy L. Nunley
United States District Judge