McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS MARTINEZ CASTRO, and SHANNON JEFFRIES,<br><br>Defendants. | CASE NO. 2:19-CR-00233-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 17, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

1. By previous order, this matter was set for status on December 17, 2020.

2. By this stipulation, the defendants now move to continue the status conference until February 25, 2021, at 9:30 a.m., and to exclude time between December 17, 2020, and February 25, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendants desire additional time consult with their clients, review the discovery, conduct defense investigation and research, discuss potential resolution, and otherwise prepare for trial.

b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1         c)     The government does not object to the continuance.

2         d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 17, 2020 to February 25, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

Dated: December 14, 2020                    McGREGOR W. SCOTT
                                                      United States Attorney

                                                      /s/ JUSTIN L. LEE
                                                      JUSTIN L. LEE
                                                      Assistant United States Attorney

Dated: December 14, 2020                    /s/ HANNAH LABAREE
                                                      HANNAH LABAREE
                                                      Counsel for Defendant
                                                      JUAN CARLOS MARTINEZ CASTRO

Dated: December 14, 2020                    /s/ CHRIS COSCA
                                                      CHRIS COSCA
                                                      Counsel for Defendant
                                                      SHANNON JEFFRIES

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of December, 2020.

_____
Troy L. Nunley
United States District Judge