PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00233-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | DATE: May 27, 2021 |
| JUAN CARLOS MARTINEZ CASTRO, and SHANNON JEFFRIES, | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

## STIPULATION

1.     By previous order, this matter was set for status on May 27, 2021.

2.     By this stipulation, the defendants now move to continue the status conference until August 26, 2021, at 9:30 a.m., and to exclude time between May 27, 2021, and August 26, 2021, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     Counsel for defendants desire additional time consult with their clients, review the discovery, conduct defense investigation and research, discuss potential resolution, and otherwise prepare for trial.

b)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1          c)       The government does not object to the continuance.

2          d)       Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

          e)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of May 27, 2021 to August 26, 2021,

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

because it results from a continuance granted by the Court at defendant's request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendant in a speedy trial.

    4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

    IT IS SO STIPULATED.


Dated:  May 19, 2021                PHILLIP A. TALBERT
                                        Acting United States Attorney


                                      /s/ JUSTIN L. LEE
                                      JUSTIN L. LEE
                                      Assistant United States Attorney


Dated:  May 19, 2021                /s/ HANNAH LABAREE
                                      HANNAH LABAREE
                                      Counsel for Defendant
                                      JUAN CARLOS MARTINEZ CASTRO

Dated:  May 19, 2021                /s/ CHRIS COSCA
                                      CHRIS COSCA
                                      Counsel for Defendant
                                      SHANNON JEFFRIES

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of May, 2021.

_____
Troy L. Nunley
United States District Judge