PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN CARLOS MARTINEZ CASTRO, and SHANNON JEFFRIES, <br><br> Defendants. | CASE NO. 2:19-CR-00233-TLN <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: October 7, 2021 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  By previous order, this matter was set for status on October 7, 2021.

2.  By this stipulation, the defendants now move to continue the status conference until December 9, 2021, at 9:30 a.m., and to exclude time between October 7, 2021, and December 9, 2021, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  Counsel for the defendants desire additional time consult with their clients, review the discovery, conduct defense investigation and research, discuss potential resolution, and otherwise prepare for trial.

    b)  Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 7, 2021 to December 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 29, 2021      PHILLIP A. TALBERT
                     Acting United States Attorney

                     /s/ JUSTIN L. LEE
                     JUSTIN L. LEE
                     Assistant United States Attorney

Dated:  September 29, 2021      /s/ HANNAH LABAREE
                     HANNAH LABAREE
                     Counsel for Defendant
                     JUAN CARLOS MARTINEZ CASTRO

Dated:  September 29, 2021      /s/ CHRIS COSCA
                     CHRIS COSCA
                     Counsel for Defendant
                     SHANNON JEFFRIES

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 29th day of September, 2021.

_____
Troy L. Nunley
United States District Judge