PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>JUAN CARLOS MARTINEZ CASTRO, and SHANNON JEFFRIES,<br><br>                          Defendants. | CASE NO.  2:19-CR-00233-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 21, 2022<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on July 21, 2022.

2.      By this stipulation, the defendants now move to continue the status conference until September 1, 2022, at 9:30 a.m., and to exclude time between July 21, 2022, and September 1, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Counsel for the defendants desire additional time consult with their clients, review the discovery, conduct defense investigation and research, discuss potential resolution, and otherwise prepare for trial.

        b)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

1    account the exercise of due diligence.

2          c)      The government does not object to the continuance.

3          d)      Based on the above-stated findings, the ends of justice served by continuing the

4    case as requested outweigh the interest of the public and the defendant in a trial within the

5    original date prescribed by the Speedy Trial Act.

6          e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

7    et seq., within which trial must commence, the time period of July 21, 2022 to September 1,

8    2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

9    T4] because it results from a continuance granted by the Court at defendant's request on the basis

10   of the Court's finding that the ends of justice served by taking such action outweigh the best

11   interest of the public and the defendant in a speedy trial.

12         4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

13   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

14   must commence.

15         IT IS SO STIPULATED.

16

17   Dated:  July 18, 2022                          PHILLIP A. TALBERT
                                                    United States Attorney
18

19                                                  /s/ JUSTIN L. LEE
                                                    JUSTIN L. LEE
20                                                  Assistant United States Attorney

21

22   Dated:  July 18, 2022                          /s/ HANNAH LABAREE
                                                    HANNAH LABAREE
23                                                  Counsel for Defendant
                                                    JUAN CARLOS MARTINEZ CASTRO
24
25   Dated:  July 18, 2022                          /s/ CHRIS COSCA
                                                    CHRIS COSCA
26                                                  Counsel for Defendant
                                                    SHANNON JEFFRIES

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 18th day of July, 2022.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT