PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON JEFFRIES,<br><br>Defendants. | CASE NO. 2:19-CR-00233-DAD<br><br>STIPULATION REQUESTING TO CONTINUE SENTENCING AND ORDER<br><br>DATE: May 16, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for judgment and sentencing on May 16, 2023.

2. By this stipulation, the parties jointly request to continue judgment and sentencing to July 25, 2023.

///
///
///
///
///
///
///
///

3. The draft presentence investigation report has not yet been completed in this case. Accordingly, the parties request that the Court adopt the following schedule:

| | | | |
|---|---|---|---|
| a) | Draft PSR Due: | June 13, 2023 | (6 weeks before J&S) |
| b) | Informal Objections Due: | June 20, 2023 | (5 weeks before J&S) |
| c) | Final PSR Due: | June 27, 2023 | (4 weeks before J&S) |
| d) | Formal Objections Due: | July 11, 2023 | (2 weeks before J&S) |
| e) | Oppositions to Objections: | July 18, 2023 | (1 week before J&S) |
| f) | Sentencing Memoranda: | July 18, 2023 | (1 week before J&S) |

IT IS SO STIPULATED.

Dated: April 25, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: April 25, 2023

/s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
SHANNON JEFFRIES

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: **April 25, 2023**

_____
UNITED STATES DISTRICT JUDGE